UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| TINA HAMMOND | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| | ) No. 4:12-CV-240-FL |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Actng Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 17, 2013, that defendant's motion to remand is granted and the Commissioner's decision is reversed. This matter is remanded to the Acting Commissioner of the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and § 1383 (c)(3).

**This Judgment Filed and Entered on June 17, 2013, and Copies To:**

Rachel C. Lane (via CM/ECF Notice of Electronic Filing)
Jeanette M. Mandycz (via CM/ECF Notice of Electronic Filing)

June 17, 2013                JULIE A. RICHARDS, CLERK
                             /s/ Christa N. Baker
                             (By) Christa N. Baker, Deputy Clerk